# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RODGER BATEMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 3:08-1186 |
| ) | Judge Echols |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the United States' Motion to Dismiss Plaintiffs' Complaint (Docket Entry No. 68) and Amended Complaint (Docket Entry No. 109) is hereby GRANTED under Federal Rule of Civil Procedure 12(b)(1), (b)(5) and (b)(6). All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367 to decide Plaintiffs' state-law claims.

The federal claims and requests for relief over which the Court lacks jurisdiction are hereby DISMISSED WITHOUT PREJUDICE.

The federal claims which fail to state a claim are hereby DISMISSED WITH PREJUDICE.

The state-law claims are hereby DISMISSED WITHOUT PREJUDICE.

Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE